Gary M. Zadick
Jordan Y. Crosby
James R. Zadick
UGRIN ALEXANDER ZADICK, P.C.
#2 Railroad Square, Suite B
P.O. Box 1746
Great Falls, MT 59403
Telephone: (406) 771-0007
Facsimile: (406) 452-9360
E-mail: gmz@uazh.com; jyc@uazh.com; jrz@uazh.com
*Attorneys for Defendant Continental Casualty Company, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| TATIYANA GROTBO, | |
|---|---|
| Plaintiff, -vs- | Case No.:_____ |
| CNA INSURANCE COMPANY, LTD., Defendant. | **NOTICE OF REMOVAL** |

**TO: THE HONORABLE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA.**

Defendant, Continental Casualty Company, Inc., incorrectly identified as CNA Insurance Company, Ltd., gives notice to the above-entitled Court for removal of this cause from the Montana First Judicial District Court, Lewis and Clark County, to the above-entitled United States District Court, Helena Division, pursuant to 28 U.S.C. § 1446, and for its grounds for removal alleges:

1. The action is a civil action alleging violations of the Montana Unfair

Trade Practices Act, common law bad faith, and claims for punitive damages.

2. The action was commenced October 24, 2022, by filing a complaint in the Montana First Judicial District Court, Lewis and Clark County.

3. The Plaintiff is a citizen of the State of Montana.

4. Defendant CNA Insurance Company, Ltd. ("CNA") is an incorrectly named entity that is non-existent. CNA is neither incorporated, nor has its principal place of business in Montana. CNA is a service mark merely used in connection with insurance underwriting and claims activities. CNA is headquartered in Chicago, Illinois.

5. The correct entity is Continental Casualty Company, Inc. Continental Casualty Company issued the subject insurance policy, and was the insurer, for Rajiv Jha and Deloitte Touche Tohmatsu Limited. Continental Casualty Company is incorporated in the state of Illinois with its principal place of business in Chicago, Illinois.

6. Accordingly, as Plaintiff is a citizen of Montana and Continental Casualty Company, Inc. is a citizen of Illinois, there is complete diversity of citizenship between the parties.

7. The above-entitled Court has jurisdiction of this case pursuant to 28 U.S.C. § 1332;

8. The Complaint does not specify a sum certain for damages claimed.

However, from the contents it reasonably appears that the matter in controversy, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000). Thus, the above-entitled Court has jurisdiction of this case pursuant to 28 U.S.C. § 1332;

9. That on or about October 16, 2023, Plaintiff caused a Summons and Complaint to be served on the entity Continental Casualty Company. See attached Exhibit "A".

10. This notice is timely filed within 30 days after receipt by Continental Casualty Company, Inc., of the Summons and Complaint issued by the state court;

11. Continental Casualty Company will, upon filing of this notice of removal, give written notice to the above-named Plaintiff and file with the Montana First Judicial District Court, Lewis and Clark County, the notice of its filing and request for transfer pursuant to Rule 77(e), M.R.Civ.P. This case will then be removed from the state district court to the above-captioned United States District Court. See Exhibit "B", Notice of Filing of Notice of Removal and Request for Transfer.

DATED this 15th day of November, 2023.

By:    /s/ Jordan Y. Crosby
*Attorneys for Defendant Continental Casualty Company, Inc.*